

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2021

No. 04-21-00046-CV

**IN RE BRAD LARSEN, RENT WERX LLC D/B/A LARSEN PROPERTIES AND LEAH LARSEN,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Real Parties' unopposed motion for an extension of time to file a motion rehearing is granted. We order the motion for rehearing due by June 3, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court